| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 761. CONTRACT CLOSED | | | | | Buy | 03/28/18 | J | B | |
| 762. XSP PUT - CONTRACT OPENED (EXPIRES 4/13/18) | None | | | | Sold | 03/13/18 | J | | |
| 763. CONTRACT CLOSED | | | | | Buy | 04/11/18 | J | | |
| 764. XSP PUT - CONTRACT OPENED (EXPIRES 6/15/2018) | None | | | | Sold | 03/28/18 | J | | |
| 765. CONTRACT CLOSED | | | | | Buy | 06/07/18 | J | C | |
| 766. XSP PUT - CONTRACT OPENED (EXPIRES 7/20/2018) | None | | | | Sold | 04/11/18 | J | | |
| 767. CONTRACT CLOSED | | | | | Expired | 07/20/18 | J | D | |
| 768. XSP PUT - CONTRACT OPENED (EXPIRES 5/25/2018) | None | | | | Sold | 04/17/18 | J | | |
| 769. CONTRACT CLOSED | | | | | Buy | 05/23/18 | J | B | |
| 770. XSP PUT - CONTRACT OPENED (EXPIRES 6/1/2018) | None | | | | Sold | 04/20/18 | J | | |
| 771. CONTRACT CLOSED | | | | | Buy | 05/30/18 | J | B | |
| 772. XSP PUT - CONTRACT OPENED (EXPIRES 6/292018) | None | | | | Sold | 05/15/18 | J | | |
| 773. CONTRACT CLOSED | | | | | Buy | 06/14/18 | J | B | |
| 774. XSP PUT - CONTRACT OPENED (EXPIRES 6/22/2018) | None | | | | Sold | 05/23/18 | J | | |
| 775. CONTRACT CLOSED | | | | | Buy | 06/14/18 | J | B | |
| 776. XSP PUT - CONTRACT OPENED (EXPIRES 7/13/2018) | None | | | | Sold | 06/07/18 | J | | |
| 777. CONTRACT CLOSED | | | | | Expired | 07/13/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 778. XSP PUT - CONTRACT OPENED (EXPIRES 7/27/2018) | | None | | | Sold | 06/14/18 | J | | |
| 779. CONTRACT CLOSED | | | | | Expired | 07/27/18 | J | B | |
| 780. XSP PUT - CONTRACT OPENED (EXPIRES 8/17/2018) | | None | | | Sold | 06/28/18 | J | | |
| 781. CONTRACT CLOSED | | | | | Buy | 08/08/18 | J | B | |
| 782. XSP PUT - CONTRACT OPENED (EXPIRES 8/24/2018) | | None | | | Sold | 07/11/18 | J | | |
| 783. CONTRACT CLOSED | | | | | Buy | 08/22/18 | J | B | |
| 784. XSP PUT - CONTRACT OPENED (EXPIRES 8/31/2018) | | None | | | Sold | 07/17/18 | J | | |
| 785. CONTRACT CLOSED | | | | | Buy | 08/29/18 | J | B | |
| 786. XSP PUT - CONTRACT OPENED (EXPIRES 9/21/2018) | | None | | | Sold | 07/24/18 | J | | |
| 787. CONTRACT CLOSED | | | | | Buy | 09/21/18 | J | B | |
| 788. XSP PUT - CONTRACT OPENED (EXPIRES 9/7/2018) | | None | | | Sold | 08/01/18 | J | | |
| 789. CONTRACT CLOSED | | | | | Buy | 09/06/18 | J | B | |
| 790. XSP PUT - CONTRACT OPENED (EXPIRES 9/14/2018) | | None | | | Sold | 08/08/18 | J | | |
| 791. CONTRACT CLOSED | | | | | Buy | 09/14/18 | J | B | |
| 792. XSP PUT - CONTRACT OPENED (EXPIRES 10/19/2018) | | None | | | Sold | 08/22/18 | J | | |
| 793. CONTRACT CLOSED | | | | | Buy | 10/17/18 | J | B | |
| 794. XSP PUT - CONTRACT OPENED (EXPIRES 11/16/2018) | | None | | | Sold | 09/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 795. CONTRACT CLOSED | | | | | Buy | 11/14/18 | J | | |
| 796. XSP PUT - CONTRACT OPENED (EXPIRES 10/26/2018) | | None | | | Sold | 09/13/18 | J | | |
| 797. CONTRACT CLOSED | | | | | Buy | 10/23/18 | J | | |
| 798. XSP PUT - CONTRACT OPENED (EXPIRES 11/2/2018) | | None | | | Sold | 09/20/18 | J | | |
| 799. CONTRACT CLOSED | | | | | Buy | 10/23/18 | J | | |
| 800. XSP PUT - CONTRACT OPENED (EXPIRES 11/23/2018) | | None | | | Sold | 10/04/18 | J | | |
| 801. CONTRACT CLOSED | | | | | Buy | 11/20/18 | J | | |
| 802. XSP PUT - CONTRACT OPENED (EXPIRES 12/21/2018) | | None | | | Sold | 10/17/18 | J | | |
| 803. CONTRACT CLOSED | | | | | Buy | 12/18/18 | J | | |
| 804. XSP PUT - CONTRACT OPENED (EXPIRES 12/7/2018) | | None | | | Sold | 10/30/18 | J | | |
| 805. CONTRACT CLOSED | | | | | Buy | 12/04/18 | J | C | |
| 806. XSP PUT - CONTRACT OPENED (EXPIRES 12/28/2018) | | None | | | Sold | 11/14/18 | J | | |
| 807. CONTRACT CLOSED | | | | | Buy | 12/26/18 | K | | |
| 808. XSP PUT - CONTRACT OPENED (EXPIRES 12/14/2018) | | None | | | Sold | 11/20/18 | J | | |
| 809. CONTRACT CLOSED | | | | | Buy | 12/13/18 | J | C | |
| 810. XSP PUT - CONTRACT OPENED (EXPIRES 1/18/2019) | | None | | | Sold | 10/23/18 | J | | |
| 811. XSP PUT - CONTRACT OPENED (EXPIRES 1/4/2019) | | None | | | Sold | 12/04/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 812.  XSP PUT - CONTRACT OPENED (EXPIRES 1/25/2019) | | None | | | Sold | 12/13/18 | J | | |
| 813.  XSP PUT - CONTRACT OPENED (EXPIRES 2/15/2019) | | None | | | Sold | 12/18/18 | J | | |
| 814.  XSP PUT - CONTRACT OPENED (EXPIRES 2/1/2019) | | None | | | Sold | 12/26/18 | J | | |
| 815.  CASH/S/T INVESTS/MM ACCTS (LINES 816-905) (H) | | | | | | | | | |
| 816.  GOLDMN SACHS BANK(FKA GS FINCL) MM/CASH (NOTE 12 SECT VIII) | D | Interest | P1 | T | | | | | |
| 817.  GOLDMN SACHS (FKA GS FINCL) (PUT) MM/CSH (NOTE 12 SECT VIII) | B | Interest | K | T | | | | | |
| 818.  GOLDMAN SACHS BANK MM/CASH (EQTY) (NOTE 12 SECT VIII) | D | Interest | J | T | | | | | |
| 819.  GOLDMAN SACHS DEPOSIT/CASH #2 (FDN) | B | Interest | J | T | | | | | |
| 820.  CHARLES SCHWAB CASH ACCOUNT | A | Interest | | | Closed | 12/21/18 | J | | |
| 821.  CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | L | T | | | | | |
| 822.  CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | K | T | | | | | |
| 823.  CITIBANK CHECKING ACCOUNT (HH) | | None | K | T | | | | | |
| 824.  CITI AGENCY CASH/WESTERN ASSET MM FUND (NOTE 14 SECT VIII) | B | Int./Div. | M | T | Buy (add'l) | 01/08/18 | N | | |
| 825. | | | | | Sold (part) | 01/08/18 | N | | |
| 826. | | | | | Sold (part) | 01/09/18 | J | | |
| 827. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 828. | | | | | Buy (add'l) | 01/17/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 829. | | | | | Sold<br>(part) | 01/17/18 | K | | |
| 830. | | | | | Buy<br>(add'l) | 01/31/18 | J | | |
| 831. | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 832. | | | | | Buy<br>(add'l) | 02/07/18 | L | | |
| 833. | | | | | Sold<br>(part) | 02/07/18 | L | | |
| 834. | | | | | Sold<br>(part) | 02/09/18 | J | | |
| 835. | | | | | Sold<br>(part) | 02/14/18 | J | | |
| 836. | | | | | Buy<br>(add'l) | 02/15/18 | J | | |
| 837. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 838. | | | | | Buy<br>(add'l) | 03/08/18 | J | | |
| 839. | | | | | Sold<br>(part) | 03/14/18 | J | | |
| 840. | | | | | Buy<br>(add'l) | 03/15/18 | J | | |
| 841. | | | | | Buy<br>(add'l) | 03/26/18 | L | | |
| 842. | | | | | Sold<br>(part) | 03/26/18 | L | | |
| 843. | | | | | Sold<br>(part) | 03/27/18 | K | | |
| 844. | | | | | Buy<br>(add'l) | 03/30/18 | J | | |
| 845. | | | | | Sold<br>(part) | 04/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 846. | | | | | Buy<br>(add'l) | 04/16/18 | J | | |
| 847. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 848. | | | | | Sold<br>(part) | 04/25/18 | J | | |
| 849. | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 850. | | | | | Sold<br>(part) | 05/14/18 | J | | |
| 851. | | | | | Buy<br>(add'l) | 05/15/18 | L | | |
| 852. | | | | | Sold<br>(part) | 05/15/18 | L | | |
| 853. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 854. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 855. | | | | | Sold<br>(part) | 06/05/18 | J | | |
| 856. | | | | | Buy<br>(add'l) | 06/11/18 | J | | |
| 857. | | | | | Sold<br>(part) | 06/14/18 | J | | |
| 858. | | | | | Buy<br>(add'l) | 06/27/18 | K | | |
| 859. | | | | | Sold<br>(part) | 06/27/18 | K | | |
| 860. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 861. | | | | | Sold<br>(part) | 07/13/18 | J | | |
| 862. | | | | | Buy<br>(add'l) | 07/16/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 863. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 864. | | | | | Buy<br>(add'l) | 07/30/18 | L | | |
| 865. | | | | | Sold<br>(part) | 07/30/18 | K | | |
| 866. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 867. | | | | | Sold<br>(part) | 08/13/18 | J | | |
| 868. | | | | | Sold<br>(part) | 08/14/18 | J | | |
| 869. | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 870. | | | | | Buy<br>(add'l) | 09/05/18 | K | | |
| 871. | | | | | Sold<br>(part) | 09/05/18 | K | | |
| 872. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 873. | | | | | Sold<br>(part) | 09/14/18 | J | | |
| 874. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 875. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 876. | | | | | Sold<br>(part) | 10/15/18 | J | | |
| 877. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 878. | | | | | Sold<br>(part) | 10/30/18 | K | | |
| 879. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 880. | | | | | Buy<br>(add'l) | 11/12/18 | L | | |
| 881. | | | | | Sold<br>(part) | 11/12/18 | L | | |
| 882. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 883. | | | | | Sold<br>(part) | 11/15/18 | J | | |
| 884. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 885. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 886. | | | | | Buy<br>(add'l) | 12/10/18 | L | | |
| 887. | | | | | Sold<br>(part) | 12/10/18 | K | | |
| 888. | | | | | Buy<br>(add'l) | 12/13/18 | L | | |
| 889. | | | | | Sold<br>(part) | 12/13/18 | K | | |
| 890. | | | | | Sold<br>(part) | 12/14/18 | J | | |
| 891. | | | | | Buy<br>(add'l) | 12/20/18 | O | | |
| 892. | | | | | Sold<br>(part) | 12/21/18 | N | | |
| 893. | | | | | Sold<br>(part) | 12/24/18 | M | | |
| 894. | | | | | Sold<br>(part) | 12/28/18 | K | | |
| 895. CITIBANK ASSET ACCOUNT<br>(ORIGINAL) | None | | | | Closed | 05/29/18 | L | | |
| 896. CITIBANK ASSET ACCOUNT<br>(REPLACEMENT) | None | | J | T | Open | 02/15/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 897. CITIBANK MONEY MARKET PLUS | F | Interest | P3 | T | | | | | |
| 898. CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 899. CITIBANK CHECKING ACCOUNT (REV TR) | A | Interest | L | T | | | | | |
| 900. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 901. CGMI BANK DEPOSIT PROGRAM (Y) | | | | | | | | | |
| 902. CITI INVESTOR CASH/MM ACCOUNT (Y) | | | | | | | | | |
| 903. MORGAN STANLEY BANK/TRUST DEPOSITS #2 (Y) | | | | | | | | | |
| 904. MORGAN STANLEY BNK/TRST DPSTS #2A (5161) (Y) | | | | | | | | | |
| 905. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | J | T | | | | | |
| 906. FDN BROKERAGE #1 (NOTE 16 IN SECT VIII) (H) | | | | | | | | | |
| 907. CDK GLOBAL INC (X) | | None | | | Sold | 05/14/18 | M | G | |
| 908. FDN BRKG ACCT #2 (LINES 909-1050) (NOTE 16 SECT VIII) (H) | | | | | | | | | |
| 909. MORGN STNLEY BANK/TRUST #1 (CASH/MM) (Y) | | | | | | | | | |
| 910. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | L | T | | | | | |
| 911. COMMON STOCKS AND FUNDS (LINES 912-1050) (H) | | | | | | | | | |
| 912. ADIENT PLC | A | Dividend | | | Sold | 04/04/18 | L | | |
| 913. AIMMUNE THERAPEUTICS INC COMMON STOCK | | None | L | T | Buy | 06/11/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br><br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 914. | | | | | Buy (add'l) | 06/12/18 | K | | |
| 915. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 916. ALPHABET INC COMMON STOCK | | None | M | T | Buy (add'l) | 10/05/18 | J | | |
| 917. AMAZON COM INC COMMON STOCK | | None | M | T | Buy (add'l) | 10/05/18 | K | | |
| 918. AQR LONG SHORT EQ INST FUND | B | Dividend | K | T | Sold (part) | 12/07/18 | L | | |
| 919. AQR STYLE PREMIA ALTERNATIVE FUND | A | Dividend | K | T | Sold (part) | 12/07/18 | K | | |
| 920. ARES CAPITAL CORP FUND (SEE NOTE 24 IN SECT VIII) | B | Dividend | L | T | Sold | 06/04/18 | M | D | |
| 921. | | | | | Buy | 12/19/18 | L | | |
| 922. BLACKROCK LIQ TEMPFUND INST MUTUAL FUND | D | Dividend | | | Buy | 06/11/18 | O | | |
| 923. | | | | | Buy (add'l) | 06/25/18 | N | | |
| 924. | | | | | Sold (part) | 08/02/18 | M | | |
| 925. | | | | | Sold (part) | 08/23/18 | M | | |
| 926. | | | | | Sold (part) | 09/28/18 | L | | |
| 927. | | | | | Sold (part) | 10/09/18 | M | | |
| 928. | | | | | Sold (part) | 10/11/18 | M | | |
| 929. | | | | | Sold (part) | 11/16/18 | M | | |
| 930. | | | | | Sold | 12/13/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 931.  CISCO SYSTEMS INC COMMON STOCK | B | Dividend | | | Buy (add'l) | 02/12/18 | K | | |
| 932. | | | | | Sold | 06/21/18 | L | D | |
| 933.  COMCAST CORP COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 10/05/18 | K | | |
| 934. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 935.  CORBUS PHARMACEUTICALS HLDGS | | None | L | T | Buy (add'l) | 06/21/18 | K | | |
| 936. | | | | | Buy (add'l) | 10/05/18 | K | | |
| 937.  CROWN CASTLE INTL CORP COMMON STOCK | C | Dividend | L | T | Sold (part) | 02/08/18 | J | B | |
| 938. | | | | | Sold (part) | 02/12/18 | K | B | |
| 939.  DANAHER CORP COMON STOCK | A | Dividend | L | T | | | | | |
| 940.  DOWDUPONT INC COMMON STOCK | B | Dividend | | | Buy (add'l) | 01/08/18 | K | | |
| 941. | | | | | Buy (add'l) | 10/05/18 | K | | |
| 942. | | | | | Sold | 10/24/18 | M | | |
| 943.  EV FLOATING RATE I MUTUAL FUND | B | Dividend | | | Buy | 06/22/18 | M | | |
| 944. | | | | | Sold | 12/07/18 | M | | |
| 945.  EV SHT DURATION GOVT INC FUND | | None | N | T | Buy | 12/07/18 | L | | |
| 946. | | | | | Buy (add'l) | 12/13/18 | M | | |
| 947.  FACEBOOK INC COMMON STOCK | | None | M | T | Buy | 07/26/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 948. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 949. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 950. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 951. FIRST TRUST NASDAQ-100-TECH | A | Dividend | | | Buy | 02/12/18 | K | | |
| 952. | | | | | Buy (add'l) | 03/09/18 | K | | |
| 953. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 954. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 955. | | | | | Sold | 10/24/18 | L | | |
| 956. FIRST TRUST SENIOR LOAN FUND | B | Dividend | L | T | Sold (part) | 02/08/18 | J | | |
| 957. FRESHPET INC COMMON STOCK | | None | | | Buy (add'l) | 03/06/18 | J | | |
| 958. | | | | | Sold (part) | 05/03/18 | J | D | |
| 959. | | | | | Sold (part) | 05/07/18 | K | D | |
| 960. | | | | | Sold (part) | 07/26/18 | K | D | |
| 961. | | | | | Sold (part) | 07/30/18 | J | D | |
| 962. | | | | | Sold (part) | 08/02/18 | K | D | |
| 963. | | | | | Sold (part) | 08/03/18 | K | D | |
| 964. | | | | | Sold | 08/06/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 965. GQG PARTNERS EMRG MKTS EQ INS FUND | A | Dividend | M | T | Buy | 03/09/18 | K | | |
| 966. | | | | | Buy (add'l) | 04/04/18 | K | | |
| 967. | | | | | Sold (part) | 06/21/18 | J | | |
| 968. | | | | | Buy (add'l) | 08/20/18 | L | | |
| 969. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 970. GREENSKY INC COMMON STOCK | | None | L | T | Buy | 12/07/18 | K | | |
| 971. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 972. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 973. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 974. HONEYWELL INTERNATIONAL INC COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 10/11/18 | J | | |
| 975. HP WORLDQUANT - FOUNDERS ESC HDGE FUND | | None | M | T | Buy | 04/23/18 | M | | |
| 976. IQVIA HOLDINGS (FKA QUINTILES IMS HOLDINGS) COMMON STOCK | | None | M | T | Buy (add'l) | 10/29/18 | K | | |
| 977. ISHARES EDGE MSCI US MOMENTUM FUND | A | Dividend | L | T | Buy | 07/27/18 | L | | |
| 978. ISHARES FACTORSELECT MSCI EM FUND | B | Dividend | L | T | Buy | 08/22/18 | J | | |
| 979. | | | | | Buy (add'l) | 08/24/18 | L | | |
| 980. | | | | | Buy (add'l) | 10/11/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 981. ISHARES MSCI EAFE GROWTH ETF(FKA ISHARES MSCI GROWTH INDX) | A | Dividend | K | T | Buy (add'l) | 07/27/18 | J | | |
| 982. ISHARES S&P MIDCAP 400 INDEX FUND | A | Dividend | M | T | Buy | 11/27/18 | M | | |
| 983. JPMORGAN HEDGED EQUITY FUND | | None | | | Sold | 02/12/18 | L | A | |
| 984. KINDER MORGAN INCORP COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 02/12/18 | K | | |
| 985. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 986. LOOMIS SR FLTNG RT & FX INC FUND | C | Dividend | | | Buy | 06/22/18 | M | | |
| 987. | | | | | Sold (part) | 12/07/18 | K | | |
| 988. | | | | | Sold | 12/19/18 | L | | |
| 989. OAKMARK INTERNATIONAL MUTUAL FUND | D | Dividend | L | T | Sold (part) | 03/09/18 | K | C | |
| 990. | | | | | Sold (part) | 06/21/18 | L | C | |
| 991. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 992. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 993. ONEOK INC COMMON STOCK | C | Dividend | L | T | Distributed (part) | 02/14/18 | J | | |
| 994. | | | | | Sold (part) | 06/21/18 | J | B | |
| 995. PENNANTPARK FLTG RATE CAP LTD FUND | D | Dividend | L | T | | | | | |
| 996. PENNANTPARK INVESTMENT CORP FUND | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 997. PLAINS GP HOLDINGS LP COMMON STOCK | | None | L | T | Buy | 10/01/18 | M | | |
| 998. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 999. | | | | | Distributed (part) | 11/14/18 | J | | |
| 1000. INVESCO INTL BUYBACK ACH (FKA POWERSHARES INTL BUYBACK FUND | B | Dividend | L | T | Buy (add'l) | 07/27/18 | J | | |
| 1001. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 1002. PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | M | T | Sold (part) | 04/19/18 | L | D | |
| 1003. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 1004. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 1005. | | | | | Buy (add'l) | 10/29/18 | K | | |
| 1006. RESIDIO TECHNOLOGIES INC COMMON STOCK | | None | | | Spinoff (from line 974) | 10/31/18 | J | | |
| 1007. | | | | | Sold | 12/21/18 | J | A | |
| 1008. SALESFORCE.COM, INC COMMON STOCK | | None | L | T | Buy | 12/13/18 | L | | |
| 1009. SOLAR CAPITAL LTD FUND | C | Dividend | L | T | Buy (add'l) | 10/29/18 | K | | |
| 1010. SONIC CORP COMMON STOCK | D | Dividend | | | Sold (part) | 06/05/18 | N | G | |
| 1011. | | | | | Sold (part) | 06/07/18 | N | G | |
| 1012. | | | | | Sold | 06/19/18 | N | G | |
| 1013. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | | | Sold (part) | 04/19/18 | L | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1014. | | | | | Buy (add'l) | 10/05/18 | L | | |
| 1015. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 1016. | | | | | Sold | 11/27/18 | M | D | |
| 1017. STARBUCKS CORP COMMON STOCK | A | Dividend | | | Sold | 06/25/18 | L | | |
| 1018. STARWOOD PROPERTY TRUST INC COMMON STOCK | D | Dividend | L | T | | | | | |
| 1019. TERRAFORM PWR INC COMMON STOCK | D | Dividend | L | T | Buy (add'l) | 02/08/18 | K | | |
| 1020. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 1021. | | | | | Sold (part) | 12/13/18 | L | | |
| 1022. THE FINANCIAL SEL SECT SPDR FUND | B | Dividend | | | Buy | 03/26/18 | M | | |
| 1023. | | | | | Sold (part) | 06/21/18 | K | | |
| 1024. | | | | | Sold | 10/24/18 | L | | |
| 1025. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | M | T | | | | | |
| 1026. TORONTO DOM BK COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | M | E | |
| 1027. VANGUARD INFO TECH ETF | B | Dividend | L | T | Sold (part) | 04/19/18 | L | E | |
| 1028. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 1029. | | | | | Buy (add'l) | 10/29/18 | K | | |
| 1030. VANGUARD MID-CAP ETF | B | Dividend | L | T | Buy (add'l) | 10/11/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1031. VERIZON COMMUNICATIONS COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 10/05/18 | K | | |
| 1032. VIRTUS VONTOBEL MUTUAL FUND (FKA VIRTUS INSIGHT EMRG MKTS) | | None | | | Sold | 06/21/18 | L | D | |
| 1033. VISA INC COMMON STOCK | A | Dividend | M | T | Buy (add'l) | 10/11/18 | K | | |
| 1034. WALT DISNEY CO HLDG CO COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 05/10/18 | K | | |
| 1035. WELLS FARGO & CO COMMON STOCK | B | Dividend | | | Sold (part) | 03/26/18 | K | D | |
| 1036. | | | | | Sold | 06/21/18 | L | E | |
| 1037. WISDOMTREE CBOE S&P 500 ETF | D | Dividend | M | T | Sold (part) | 03/09/18 | K | A | |
| 1038. | | | | | Sold (part) | 07/20/18 | K | C | |
| 1039. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 1040. | | | | | Buy (add'l) | 10/29/18 | K | | |
| 1041. WISDOMTREE EUROPE SMALL CAP DIV ETF | C | Dividend | M | T | Sold (part) | 03/09/18 | K | D | |
| 1042. | | | | | Sold (part) | 06/21/18 | J | A | |
| 1043. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 1044. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 1045. WISDOMTREE SMALL CAP DIV FUND | C | Dividend | L | T | Buy (add'l) | 10/11/18 | K | | |
| 1046. WISDOMTREE TR CHINA DIV EX FI FUND | A | Dividend | K | T | Buy | 08/16/18 | K | | |
| 1047. | | | | | Buy (add'l) | 08/22/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1048. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 1049. WISDOMTREE TRUST MDCP EARN FUND | B | Dividend | M | T | Sold (part) | 06/21/18 | J | A | |
| 1050. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1051. NON-PUBLICS (NOTES 5 & 7 IN SECT VIII) (LNES 1052-1197) (H) | | | | | | | | | |
| 1052. ELGIN CAPITAL (SEE NOTE 1 IN SECT VIII) | | None | L | W | Distributed (part) | 01/17/18 | M | | |
| 1053. | | | | | Distributed (part) | 03/06/18 | M | | |
| 1054. | | | | | Distributed (part) | 07/10/18 | K | | |
| 1055. | | | | | Distributed (part) | 10/10/18 | K | | |
| 1056. | | | | | Distributed (part) | 12/20/18 | K | | |
| 1057. | | | | | | | | | |
| 1058. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | O | U | Redeemed (part) | 10/29/18 | O | | |
| 1059. TAMPA BAY RAYS (SEE NOTE 1 IN SECT VIII) | G | Distribution | O | W | Buy (add'l) | 11/05/18 | L | | |
| 1060. HARDING SERVICE, LLC (X) - NO YR END VALUE. K-1 SHOWS INC | C | Distribution | | | | | | | |
| 1061. OFFIT CAPITAL ADVISORS (SEE NOTE 1 IN SECTION VIII) | D | Distribution | M | W | Distributed (part) | 04/03/18 | M | | |
| 1062. UNIVERSAL HOSPITAL SERVICES HLDG CO (NOTE 1 IN SECT VIII) | | None | N | W | | | | | |
| 1063. WHOLESOME FOODS (SEE NOTE 1 IN SECTION VIII) | | None | O | W | | | | | |
| 1064. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | | None | | | Redeemed | 01/11/18 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1065. | | | | | Distributed | 02/09/18 | K | | |
| 1066. GOLUB CAPITAL VIII (SEE NOTE 9 IN SECT VIII) | G | Distribution | | | Distributed (part) | 01/29/18 | K | | |
| 1067. | | | | | Distributed (part) | 04/25/18 | L | | |
| 1068. | | | | | Redeemed | 07/06/18 | P1 | | |
| 1069. | | | | | Distributed | 08/02/18 | K | | |
| 1070. IRVING PLACE CAPITAL II (SEE NOTE 9 IN SECT VIII) | | None | L | W | | | | | |
| 1071. BLACKSTONE REAL ESTATE VI & VIII (NOTE 9 SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 02/22/18 | J | | |
| 1072. | | | | | Distributed (part) | 02/26/18 | K | | |
| 1073. | | | | | Distributed (part) | 02/27/18 | J | | |
| 1074. | | | | | Buy (add'l) | 03/15/18 | L | | |
| 1075. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 1076. | | | | | Distributed (part) | 03/23/18 | L | | |
| 1077. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 1078. | | | | | Buy (add'l) | 05/11/18 | L | | |
| 1079. | | | | | Distributed (part) | 05/29/18 | L | | |
| 1080. | | | | | Distributed (part) | 05/31/18 | M | | |
| 1081. | | | | | Buy (add'l) | 06/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1082. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 1083. | | | | | Buy (add'l) | 07/16/18 | K | | |
| 1084. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 1085. | | | | | Buy (add'l) | 08/01/18 | L | | |
| 1086. | | | | | Distributed (part) | 08/07/18 | L | | |
| 1087. | | | | | Distributed (part) | 08/15/18 | J | | |
| 1088. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 1089. | | | | | Distributed (part) | 08/30/18 | J | | |
| 1090. | | | | | Distributed (part) | 08/31/18 | K | | |
| 1091. | | | | | Buy (add'l) | 09/07/18 | K | | |
| 1092. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 1093. | | | | | Buy (add'l) | 10/02/18 | N | | |
| 1094. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 1095. | | | | | Distributed (part) | 10/26/18 | K | | |
| 1096. | | | | | Distributed (part) | 11/30/18 | K | | |
| 1097. | | | | | Distributed (part) | 12/05/18 | L | | |
| 1098. | | | | | Buy (add'l) | 12/14/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1099. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 1100. | | | | | Distributed (part) | 12/26/18 | K | | |
| 1101. BLENHEIM ELGIN NATL RES FUND (NOTE 9 IN SECT VIII) | G | Distribution | | | Distributed (part) | 01/12/18 | N | | |
| 1102. | | | | | Distributed (part) | 03/05/18 | L | | |
| 1103. | | | | | Distributed (part) | 07/10/18 | K | | |
| 1104. | | | | | Distributed | 10/22/18 | J | | |
| 1105. CENTERVIEW CAPITAL (SEE NOTE 9 IN SECT VIII) | E | Distribution | O | W | Distributed (part) | 05/01/18 | K | | |
| 1106. DGNL VENTURES (SEE NOTE 9 IN SECT VIII) | | None | M | W | Buy (add'l) | 03/02/18 | K | | |
| 1107. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 1108. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 1109. ELGIN CAPITAL PARTNERS II (SEE NOTE 9 IN SECT VIII) | G | Distribution | O | W | Buy (add'l) | 02/20/18 | L | | |
| 1110. | | | | | Buy (add'l) | 03/23/18 | M | | |
| 1111. | | | | | Buy (add'l) | 06/22/18 | L | | |
| 1112. | | | | | Buy (add'l) | 08/09/18 | L | | |
| 1113. FIRST NECK SELF STORAGE LP (SEE NOTE 9 IN SECT VIII) | | None | M | W | Buy | 02/09/18 | K | | |
| 1114. | | | | | Buy (add'l) | 06/22/18 | K | | |
| 1115. | | | | | Buy (add'l) | 08/01/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1116. | | | | | Buy (add'l) | 11/30/18 | L | | |
| 1117. GEMSPRING CAPITAL (SEE NOTE 9 IN SECTION VIII) | G | Distribution | N | W | Distributed (part) | 03/23/18 | J | | |
| 1118. | | | | | Distributed (part) | 05/29/18 | J | | |
| 1119. | | | | | Buy (add'l) | 10/11/18 | N | | |
| 1120. | | | | | Distributed (part) | 10/11/18 | K | | |
| 1121. | | | | | Distributed (part) | 11/14/18 | L | | |
| 1122. HIGHCAPE PARTNERS (SEE NOTE 9 IN SECT VIII) | A | Distribution | P1 | W | Buy (add'l) | 05/29/18 | K | | |
| 1123. | | | | | Buy (add'l) | 09/27/18 | L | | |
| 1124. KAYNE ANDERSON (SEE NOTE 9 IN SECT VIII) | F | Distribution | N | W | Distributed (part) | 05/18/18 | M | | |
| 1125. | | | | | Distributed (part) | 07/13/18 | K | | |
| 1126. | | | | | Distributed (part) | 08/21/18 | J | | |
| 1127. | | | | | Distributed (part) | 10/22/18 | J | | |
| 1128. KITCHEN FUND (SEE NOTE 9 IN SECT VIII) | B | Distribution | N | W | Buy (add'l) | 03/22/18 | L | | |
| 1129. | | | | | Buy (add'l) | 09/25/18 | L | | |
| 1130. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTE 9 SECT VIII) | D | Distribution | M | W | Distributed (part) | 12/19/18 | J | | |
| 1131. | | | | | Distributed (part) | 12/24/18 | J | | |
| 1132. VESTAR CAP/ASSOC V (SEE NOTE 9 IN SECT VIII) | | None | O | W | Distributed (part) | 01/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1133. | | | | | Distributed<br>(part) | 04/10/18 | J | | |
| 1134. | | | | | Distributed<br>(part) | 07/02/18 | J | | |
| 1135. | | | | | Distributed<br>(part) | 09/28/18 | J | | |
| 1136. | | | | | Distributed<br>(part) | 12/10/18 | J | | |
| 1137. VESTAR ASSOCIATES, VI (SEE NOTE 18 IN SECT VIII) | E | Distribution | | | | | | | |
| 1138. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | | None | P1 | W | | | | | |
| 1139. RAZOR'S EDGE FUND II (SEE NOTE 9 IN SECT VIII) | B | Distribution | O | W | | | | | |
| 1140. RED ABBEY (SEE NOTE 9 IN SECT VIII) | E | Distribution | J | W | Distributed<br>(part) | 10/29/18 | J | | |
| 1141. | | | | | Distributed<br>(part) | 12/28/18 | L | | |
| 1142. SENTINEL CAPITAL IV (SEE NOTE 10 IN SECT VIII) | G | Distribution | | | | | | | |
| 1143. SENTINEL CAPITAL V (SEE NOTE 10 IN SECT VIII) | | None | | | | | | | |
| 1144. SENTINEL CAPITAL VI (SEE NOTE 10 IN SECT VIII) | D | Distribution | | | | | | | |
| 1145. ALTIMA DENTAL (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 1146. CABI HOLDING (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed<br>(part) | 01/25/18 | J | | |
| 1147. | | | | | Distributed<br>(part) | 09/27/18 | K | | |
| 1148. CAPTAIN D'S (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 01/25/18 | O | | |
| 1149. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | Distributed<br>(part) | 04/20/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1150. CORPORATE VISIONS (SEE NOTE 15 IN SECT VIII) | None | | M | W | | | | | |
| 1151. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 1152. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | None | | K | W | Distributed (part) | 04/20/18 | J | | |
| 1153. | | | | | Distributed (part) | 09/28/18 | J | | |
| 1154. DRIVEN PERFORMANCE BRANDS (SEE NOTE 15 IN SECT VIII) | None | | O | W | | | | | |
| 1155. FAZOLI GROUP (SEE NOTE 15 IN SECT VIII) | None | | M | W | | | | | |
| 1156. GSM OUTDOOR (SEE NOTE 15 IN SECT VIII) | None | | O | W | Buy | 06/06/18 | O | | |
| 1157. HOLLANDER SLEEP PRODUCTS (SEE NOTE 15 IN SECT VIII) | None | | L | W | | | | | |
| 1158. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 02/01/18 | N | G | ELYSIUM MGMT LLC |
| 1159. | | | | | Distributed | 09/28/18 | J | C | |
| 1160. LUMINARIES GROUP (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 1161. MARKETPLACE EVENTS (SEE NOTE 15 IN SECT VIII) | None | | N | W | Distributed (part) | 01/25/18 | J | | |
| 1162. | | | | | Distributed (part) | 09/27/18 | J | | |
| 1163. MB2 DENTAL (SEE NOTE 15 IN SECT VIII) | None | | O | W | | | | | |
| 1164. NEKOOSA (SEE NOTE 15 IN SECT VIII) | None | | O | W | Buy | 01/25/18 | O | | |
| 1165. NEWK'S HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 1166. PCH HOLDINGS (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed (part) | 01/25/18 | L | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1167. | | | | | Distributed | 06/06/18 | L | F | |
| 1168. QUICK WEIGHT LOSS CENTERS (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 1169. REVENEW INTERNATIONAL (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1170. ROTOMETRICS (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 06/06/18 | P1 | H1 | BERWIND CORP |
| 1171. | | | | | Distributed | 09/27/18 | K | E | |
| 1172. SONNY'S ENTERPRISES (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 01/25/18 | L | | |
| 1173. | | | | | Distributed (part) | 09/27/18 | K | | |
| 1174. TGI FRIDAYS (SEE NOTE 15 IN SECT VIII) | | None | O | W | Sold (part) | 01/25/18 | K | | |
| 1175. | | | | | Distributed (part) | 02/01/18 | K | | |
| 1176. | | | | | Distributed (part) | 04/20/18 | K | | |
| 1177. TOTAL MILITARY MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 1178. UBEO (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 06/06/18 | N | | |
| 1179. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | | None | J | W | Distributed (part) | 04/20/18 | K | E | |
| 1180. | | | | | Distributed (part) | 09/28/18 | K | E | |
| 1181. SCP SHARE EXCHANGE CO (Y) | | | | | | | | | |
| 1182. QUINTANA ENERGY PARTNERS (SEE NOTE 9 IN SECT VIII) | E | Distribution | N | W | | | | | |
| 1183. TINICUM LP (SEE NOTE 9 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 03/13/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 74 of 97

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1184. | | | | | Buy<br>(add'l) | 06/22/18 | M | | |
| 1185. | | | | | Distributed<br>(part) | 08/29/18 | K | | |
| 1186. | | | | | Buy<br>(add'l) | 08/29/18 | L | | |
| 1187. 3G KRAFT HEINZ (NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Distributed<br>(part) | 03/29/18 | K | | |
| 1188. | | | | | Distributed<br>(part) | 06/18/18 | K | | |
| 1189. | | | | | Distributed<br>(part) | 09/18/18 | K | | |
| 1190. | | | | | Distributed<br>(part) | 12/18/18 | K | | |
| 1191. 3G FUND IV (SEE NOTE 9 IN SECT VIII) | F | Distribution | P1 | W | Distributed<br>(part) | 03/29/18 | K | | |
| 1192. | | | | | Distributed<br>(part) | 06/18/18 | K | | |
| 1193. | | | | | Distributed<br>(part) | 09/17/18 | K | | |
| 1194. | | | | | Distributed<br>(part) | 12/17/18 | K | | |
| 1195. VALINOR LP (SEE NOTE 9 IN SECT VIII) | | None | O | W | Buy<br>(add'l) | 02/07/18 | K | | |
| 1196. | | | | | Distributed<br>(part) | 02/26/18 | K | | |
| 1197. | | | | | Buy<br>(add'l) | 09/05/18 | M | | |
| 1198. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 1199-1244) (H) | | | | | | | | | |
| 1199. AMBULNZ LLC | | None | O | W | | | | | |
| 1200. ATLANTA VININGS (SEE NOTE 1 IN SECT VIII) | | None | O | W | Distributed<br>(part) | 01/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1201. | | | | | Distributed (part) | 02/15/18 | J | | |
| 1202. | | | | | Distributed (part) | 03/15/18 | J | | |
| 1203. | | | | | Distributed (part) | 04/13/18 | J | | |
| 1204. | | | | | Distributed (part) | 05/15/18 | J | | |
| 1205. | | | | | Distributed (part) | 06/15/18 | J | | |
| 1206. | | | | | Distributed (part) | 07/13/18 | J | | |
| 1207. | | | | | Distributed (part) | 08/15/18 | J | | |
| 1208. | | | | | Distributed (part) | 09/14/18 | J | | |
| 1209. | | | | | Distributed (part) | 10/12/18 | J | | |
| 1210. | | | | | Distributed (part) | 11/15/18 | J | | |
| 1211. | | | | | Distributed (part) | 12/14/18 | J | | |
| 1212. BLUE LOTUS INVESTMENT FUND (SEE NOTE 1 IN SECT VIII) | D | Distribution | O | U | | | | | |
| 1213. CEDAR ROCK CAPITAL PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P2 | U | | | | | |
| 1214. CHEETAH MEDICAL DIRECT | | None | M | U | | | | | |
| 1215. GOLD BULLION | | None | N | T | | | | | |
| 1216. F. E. RICHARDSON & CO (SEE NOTES 1 & 13 IN SECT VIII) | | None | K | V | Buy (add'l) | 01/12/18 | K | | |
| 1217. | | | | | Buy (add'l) | 02/02/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1218. | | | | | Buy (add'l) | 02/16/18 | K | | |
| 1219. | | | | | Buy (add'l) | 03/09/18 | K | | |
| 1220. | | | | | Buy (add'l) | 03/28/18 | K | | |
| 1221. | | | | | Buy (add'l) | 04/19/18 | K | | |
| 1222. | | | | | Buy (add'l) | 05/04/18 | K | | |
| 1223. | | | | | Buy (add'l) | 06/01/18 | M | | |
| 1224. | | | | | Buy (add'l) | 06/08/18 | L | | |
| 1225. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 1226. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 1227. | | | | | Buy (add'l) | 08/08/18 | K | | |
| 1228. | | | | | Buy (add'l) | 08/29/18 | K | | |
| 1229. | | | | | Buy (add'l) | 09/21/18 | K | | |
| 1230. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 1231. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 1232. | | | | | Buy (add'l) | 11/21/18 | K | | |
| 1233. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 1234. HITCHWOOD CAPITAL (SEE NOTE 1 IN SECT VIII) | A | Interest | | | Distributed | 03/13/18 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C<br>Gross value at end<br>of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D<br>Transactions during reporting period<br>(1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1235. ORBIMED (SEE NOTE 1 IN SECT VIII) | E | Distribution | K | U | Distributed (part) | 07/18/18 | O | | |
| 1236. OVERLOOK PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 1237. OVERLOOK 3G PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | U | | | | | |
| 1238. COUNTER TACK, INC (AKA RE 6)(SEE NOTE 1 IN SECT VIII) | A | Distribution | M | U | Buy | 05/29/18 | L | | |
| 1239. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 1240. RYFT (AKA RE SIDECAR 2) (SEE NOTE 1 IN SECT VIII) | | None | O | U | | | | | |
| 1241. ZOOM DATA DRCT (AKA RE SIDECAR 5) (NOTE 1 SECT VIII) | | None | K | U | | | | | |
| 1242. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 1243. SARA LAJOIE, PERSONAL LOAN - NOTE RECEIVABLE | A | Interest | K | U | Redeemed (part) | 12/21/18 | J | | |
| 1244. JAMES MCNAMARA, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | Redeemed (part) | 05/25/18 | J | | |
| 1245. TRUST #1 (LINES 1246-1261) (SEE NOTE 2 IN SECT VIII) (H) | | | | | | | | | |
| 1246. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | A | Interest | K | T | | | | | |
| 1247. ---ABB-VIE INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 1248. ---AMAZON.COM INC COMMON STOCK | | None | M | T | | | | | |
| 1249. ---BLACKROCK INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 1250. ---CHUBB LTD COMMON | B | Dividend | M | T | | | | | |
| 1251. ---FACEBOOK INC COMMON STOCK | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1252. ---JOHNSON & JOHNSON COMMON STOCK | B | Dividend | L | T | | | | | |
| 1253. ---JPMORGAN CHASE & CO COMMON STOCK | C | Dividend | | | Sold | 09/10/18 | M | D | |
| 1254. ---MASTERCARD INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 1255. ---NORTHROP GRUMMAN CORP COMMON STOCK | B | Dividend | M | T | Buy | 05/08/18 | M | | |
| 1256. | | | | | Buy (add'l) | 06/07/18 | K | | |
| 1257. | | | | | Buy (add'l) | 07/25/18 | L | | |
| 1258. | | | | | Sold (part) | 12/10/18 | K | | |
| 1259. ---SONIC CORP COMMON STOCK | B | Dividend | | | Sold | 06/07/18 | L | E | |
| 1260. ---STARBUCKS CORP COMMON STOCK | A | Dividend | | | Sold | 05/04/18 | M | B | |
| 1261. ---UNITEDHEALTH GROUP INC COMMON STOCK | A | Dividend | M | T | Buy | 09/10/18 | M | | |
| 1262. TRUST #1A (LINES 1263-1268) (NOTES 1, 2 & 7 SECT VIII) (H) | | | | | | | | | |
| 1263. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | | None | | | Closed | 03/18/18 | J | | |
| 1264. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4B | A | Interest | J | T | | | | | |
| 1265. ---WILLIAMS COMPANIES (FKA WILLIAMS PARTNERS) | B | Distribution | J | T | | | | | |
| 1266. ---ENTERPRISE PRODUCTS PARTNERS LP | B | Distribution | K | T | | | | | |
| 1267. ---MAGELLAN MIDSTREAM PARTNERS LP | C | Distribution | K | T | | | | | |
| 1268. ---TARGA RESOURCES CORP COMMON | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1269. TRUST #1B (LINES 1270-1359) (NOTES 2 & 5 IN SECT VIII) (H) | | | | | | | | | |
| 1270. ---CITI TRUST CHECKING ACCOUNT | None | | J | T | | | | | |
| 1271. ---FARALLON CAPITAL (SEE NOTE 9 IN SECT VIII) | None | | N | W | Distributed (part) | 02/20/18 | L | | |
| 1272. | | | | | Distributed (part) | 05/10/18 | L | | |
| 1273. | | | | | Distributed (part) | 08/14/18 | J | | |
| 1274. | | | | | Distributed (part) | 11/08/18 | J | | |
| 1275. ---OSCAR SCHAFER & PARTNERS (SEE NOTE 9 IN SECT VIII) | None | | | | Distributed | 01/09/18 | K | | |
| 1276. ---VESTAR III (SEE NOTE 9 IN SECT VIII) | A | Distribution | K | W | | | | | |
| 1277. ---VANGUARD PRIME MM FUND | A | Dividend | | | Buy (add'l) | 02/09/18 | K | | |
| 1278. | | | | | Buy (add'l) | 03/26/18 | L | | |
| 1279. | | | | | Sold (part) | 05/09/18 | L | | |
| 1280. | | | | | Buy (add'l) | 06/12/18 | L | | |
| 1281. | | | | | Sold (part) | 06/19/18 | L | | |
| 1282. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 1283. | | | | | Sold (part) | 09/27/18 | J | | |
| 1284. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 1285. | | | | | Sold | 12/21/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 80 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1286. ---INTERNATIONAL GROWTH ADM FUND | | None | | | Buy | 01/26/18 | N | | |
| 1287. | | | | | Sold<br>(part) | 06/01/18 | K | | |
| 1288. | | | | | Sold | 10/11/18 | M | | |
| 1289. ---VANGUARD FEDERAL MONEY MARKET FUND | B | Dividend | N | T | Buy<br>(add'l) | 01/25/18 | N | | |
| 1290. | | | | | Sold<br>(part) | 01/26/18 | N | | |
| 1291. | | | | | Buy<br>(add'l) | 02/09/18 | L | | |
| 1292. | | | | | Buy<br>(add'l) | 03/09/18 | J | | |
| 1293. | | | | | Buy<br>(add'l) | 03/21/18 | J | | |
| 1294. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 1295. | | | | | Buy<br>(add'l) | 05/10/18 | L | | |
| 1296. | | | | | Buy<br>(add'l) | 05/11/18 | K | | |
| 1297. | | | | | Sold<br>(part) | 05/30/18 | M | | |
| 1298. | | | | | Buy<br>(add'l) | 06/04/18 | L | | |
| 1299. | | | | | Sold<br>(part) | 06/06/18 | K | | |
| 1300. | | | | | Buy<br>(add'l) | 06/08/18 | J | | |
| 1301. | | | | | Buy<br>(add'l) | 06/13/18 | K | | |
| 1302. | | | | | Buy<br>(add'l) | 06/20/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 81 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1303. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 1304. | | | | | Buy (add'l) | 07/24/18 | K | | |
| 1305. | | | | | Sold (part) | 07/26/18 | M | | |
| 1306. | | | | | Sold (part) | 07/27/18 | K | | |
| 1307. | | | | | Sold (part) | 08/16/18 | K | | |
| 1308. | | | | | Buy (add'l) | 08/17/18 | K | | |
| 1309. | | | | | Buy (add'l) | 08/27/18 | K | | |
| 1310. | | | | | Sold (part) | 09/19/18 | K | | |
| 1311. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 1312. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 1313. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 1314. | | | | | Sold (part) | 10/10/18 | K | | |
| 1315. | | | | | Buy (add'l) | 10/12/18 | M | | |
| 1316. | | | | | Sold (part) | 11/09/18 | K | | |
| 1317. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 1318. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 1319. | | | | | Buy (add'l) | 12/12/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1320. | | | | | Sold<br>(part) | 12/18/18 | M | | |
| 1321. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 1322. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 1323. | | | | | Buy<br>(add'l) | 12/26/18 | N | | |
| 1324. ---ABBVIE INC COMMON STOCK | A | Dividend | | | Sold | 02/07/18 | L | E | |
| 1325. ---ALPHABET INC COMMON STOCK | | None | M | T | Sold<br>(part) | 05/31/18 | K | C | |
| 1326. | | | | | Sold<br>(part) | 08/23/18 | K | D | |
| 1327. ---AMAZON.COM INC COMMON STOCK | | None | M | T | | | | | |
| 1328. ---BERKSHIRE HATHAWAY INC CL B COMMON STOCK | | None | M | T | | | | | |
| 1329. ---CENTENE CORP COMMON STOCK | | None | | | Buy | 07/24/18 | M | | |
| 1330. | | | | | Buy<br>(add'l) | 12/14/18 | L | | |
| 1331. | | | | | Sold | 12/21/18 | M | | |
| 1332. ---CHUBB LTD COMMON STOCK | B | Dividend | L | T | Sold<br>(part) | 05/09/18 | K | | |
| 1333. ---DOMINOS PIZZA INC COMMON STOCK | B | Dividend | M | T | Buy<br>(add'l) | 07/25/18 | K | | |
| 1334. ---DXC TECHNOLOGY COMPANY COMMON STOCK | A | Dividend | | | Buy | 05/25/18 | M | | |
| 1335. | | | | | Buy<br>(add'l) | 06/04/18 | K | | |
| 1336. | | | | | Buy<br>(add'l) | 10/05/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

# FINANCIAL DISCLOSURE REPORT
Page 83 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1337. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 1338. | | | | | Sold (part) | 12/10/18 | K | | |
| 1339. | | | | | Sold | 12/21/18 | M | | |
| 1340. ---GARRETT MOTION INC COMMON STOCK | | None | | | Spinoff (from line 1343) | 10/01/18 | J | | |
| 1341. | | | | | Sold | 12/10/18 | J | | |
| 1342. ---HCA HEALTHCARE INC COMMON STOCK | | None | L | T | Buy | 12/14/18 | M | | |
| 1343. ---HONEYWELL INTL INC COMMON STOCK | C | Dividend | M | T | Sold (part) | 07/20/18 | K | D | |
| 1344. ---ISHARES CORE MSCI EAFE ETF | | None | | | Sold | 01/23/18 | N | E | |
| 1345. ---JOHNSON & JOHNSON COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 01/23/18 | K | | |
| 1346. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 1347. | | | | | Sold (part) | 06/11/18 | K | | |
| 1348. ---MASTERCARD INC COMMON STOCK | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 1349. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 1350. | | | | | Sold (part) | 12/21/18 | K | | |
| 1351. ---PERSPECTA INC COMMON STOCK | A | Dividend | | | Spinoff (from line 1334) | 06/01/18 | K | | |
| 1352. | | | | | Sold | 08/15/18 | K | | |
| 1353. ---PRIME CAP ODYSSEY AGGRESSIVE GROWTH MUTUAL FUND | A | Dividend | N | T | Buy (add'l) | 07/25/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1354. | | | | | Sold<br>(part) | 12/10/18 | K | | |
| 1355. ---RESIDEO TECHNOLOGIES INC<br>COMMON STOCK | | | | | Spinoff<br>(from line 1343) | 10/29/18 | J | | |
| 1356. | | | | | Sold | 12/10/18 | J | A | |
| 1357. ---VANGUARD CONSUMER<br>DISCRETIONARY ETF | B | Dividend | M | T | | | | | |
| 1358. ---VANGUARD DIVIDEND<br>APPRECIATION FUND | D | Dividend | N | T | Sold<br>(part) | 05/09/18 | K | D | |
| 1359. ---VANGUARD INFORMATION<br>TECHNOLOGY ETF | C | Dividend | N | T | | | | | |
| 1360. TRUST #2 (LINES 1361-1372) (SEE NOTE<br>19 IN SECT VIII) (H) | | | | | | | | | |
| 1361. ---TD AMERITRADE INSURED<br>DEPOSIT/CASH ACCOUNT | A | Interest | L | T | | | | | |
| 1362. ---PRIMECAP ODYSSEY GR FD | B | Dividend | L | T | Buy<br>(add'l) | 12/18/18 | J | | |
| 1363. ---ISHARES CORE S&P MID-CAP ETF | A | Dividend | K | T | | | | | |
| 1364. ---ISHARES NATL MUNI BND ETF | A | Dividend | K | T | Buy<br>(add'l) | 08/31/18 | J | | |
| 1365. ---ISHARES S&P SML 600 GWT ETF | A | Dividend | | | Buy | 09/17/18 | K | | |
| 1366. | | | | | Sold | 12/10/18 | J | | |
| 1367. ---PIMCO ENHAN SHRT MA AC ETF | A | Dividend | | | Buy | 02/13/18 | K | | |
| 1368. | | | | | Sold | 08/02/18 | K | | |
| 1369. ---SPDR SERIES TRUST BLOOMBERG<br>SRT TR ETF | A | Dividend | | | Buy | 08/02/18 | K | | |
| 1370. | | | | | Sold | 12/10/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 85 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1371. ---VANGUARD CRSP US SM CAP GROWTH IND ETF | | None | | | Sold | 02/13/18 | K | D | |
| 1372. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Sold (part) | 09/17/18 | J | C | |
| 1373. TRUST #3 (LINES 1374-1413) (SEE NOTE 19 IN SECT VIII) (H) | | | | | | | | | |
| 1374. ---TD AMERITRADE CASH ACCOUNT | A | Interest | L | T | | | | | |
| 1375. ---ADOBE INC COMMON STOCK | | | | | Buy | 12/14/18 | K | | |
| 1376. | | | | | Sold | 12/21/18 | K | | |
| 1377. ---AMAZON.COM INC COMMON STOCK | | None | K | T | Sold (part) | 08/02/18 | J | D | |
| 1378. ---AMGEN INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 05/04/18 | J | | |
| 1379. | | | | | Sold (part) | 06/11/18 | J | A | |
| 1380. | | | | | Sold (part) | 07/06/18 | J | A | |
| 1381. ---APPLE INC COMMON STOCK | A | Dividend | K | T | Sold (part) | 05/09/18 | J | B | |
| 1382. ---CENTENE CORP | | None | | | Buy | 12/14/18 | K | | |
| 1383. | | | | | Sold | 12/21/18 | K | | |
| 1384. ---CHUBB CORP COMMON STOCK | A | Dividend | | | Sold (part) | 04/30/18 | J | | |
| 1385. | | | | | Sold (part) | 05/04/18 | J | A | |
| 1386. | | | | | Sold | 10/05/18 | J | C | |
| 1387. ---CARILLON EAGLE SM CAP MUTL FUND | B | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Wood, Kimba M.**

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1388. ---EOG RESOURCES INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 07/27/18 | J | A | |
| 1389. ---FIRST TRUST DJ INTERNET COMMON STOCK | | None | K | T | | | | | |
| 1390. ---ALPHABET INC COMMON STOCK | | None | K | T | Sold (part) | 05/04/18 | J | B | |
| 1391. ---HOME DEPOT INC COMMON STOCK | A | Dividend | K | T | Sold (part) | 05/09/18 | J | C | |
| 1392. | | | | | Sold (part) | 08/31/18 | J | B | |
| 1393. ---INTUITIVE SURGICAL INC COMMON STOCK | | None | | | Buy | 10/05/18 | K | | |
| 1394. | | | | | Sold | 11/20/18 | K | | |
| 1395. ---ISHARES CORE MSCI EAFE ETF | A | Dividend | | | Sold | 07/06/18 | J | A | |
| 1396. ---ISHARES CORE S&P SMALL-CAP ETF | | None | | | Sold | 02/13/18 | J | | |
| 1397. ---ISHARES CORE US AGGREGATE BOND ETF | A | Dividend | | | Sold | 08/02/18 | K | | |
| 1398. ---ISHARES TIPS BOND ETF | A | Dividend | | | Sold | 10/01/18 | K | | |
| 1399. ---ISHARES S&P MID-CAP ETF | A | Dividend | K | T | | | | | |
| 1400. ---ISHARES NATL MUNI BND FUND | A | Dividend | K | T | Buy (add'l) | 05/09/18 | K | | |
| 1401. ---ISHARES US MED DVC ETF | A | Dividend | K | T | Buy | 11/20/18 | K | | |
| 1402. ---ISHARES 0-5 YRS TIPS ETF | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 1403. ---JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 1404. ---MASTERCARD INC COMMON STOCK | A | Dividend | | | Buy | 09/17/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1405. | | | | | Sold | 11/20/18 | K | | |
| 1406. ---MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | Buy<br>(add'l) | 11/20/18 | J | | |
| 1407. ---PEPSICO INC COMMON STOCK | A | Dividend | | | Sold | 05/04/18 | J | A | |
| 1408. ---SPDR SERIES TRUST BLOOMBERG<br>SRT TR ETF | A | Dividend | | | Buy | 08/02/18 | K | | |
| 1409. | | | | | Sold | 12/21/18 | K | | |
| 1410. ---3M COMPANY COMMON STOCK | A | Dividend | K | T | Buy<br>(add'l) | 05/04/18 | J | | |
| 1411. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 1412. ---UNITEDHEALTH GROUP INC<br>COMMON STOCK | A | Dividend | K | T | | | | | |
| 1413. ---VISA INC COMMON STOCK | | None | K | T | Buy | 11/20/18 | K | | |
| 1414. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECT<br>VIII) (H) | | | | | | | | | |
| 1415. ---PARK AVENUE EQUITY LP (SEE<br>NOTES 6 & 9 IN SECT VIII) | B | Distribution | J | V | | | | | |
| 1416. TRUST #5 (NOTES 2, 5 & 7 IN SECT<br>VIII) (LINES 1417-1453) (H) | | | | | | | | | |
| 1417. ---VANGUARD PRIME MONEY MKT<br>FUND ACCT #2 | | None | | | Sold | 01/02/18 | K | | |
| 1418. ---HIGH-YIELD CORP FUND INV | A | Dividend | | | Buy | 02/12/18 | K | | |
| 1419. | | | | | Sold | 03/08/18 | K | | |
| 1420. ---STAR FUND | | None | | | Sold | 03/14/18 | O | G | |
| 1421. ---ULTRA SHORT TERM BOND ADM | B | Dividend | L | T | Buy | 02/15/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1422. ---VANGUARD FEDERAL MONEY MARKET FUND | B | Dividend | M | T | Buy (add'l) | 01/02/18 | K | | |
| 1423. | | | | | Buy (add'l) | 02/12/18 | L | | |
| 1424. | | | | | Sold (part) | 02/12/18 | K | | |
| 1425. | | | | | Sold (part) | 02/15/18 | L | | |
| 1426. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 1427. | | | | | Buy (add'l) | 03/09/18 | K | | |
| 1428. | | | | | Buy (add'l) | 03/12/18 | K | | |
| 1429. | | | | | Buy (add'l) | 03/15/18 | O | | |
| 1430. | | | | | Buy (add'l) | 03/16/18 | L | | |
| 1431. | | | | | Buy (add'l) | 03/19/18 | L | | |
| 1432. | | | | | Sold (part) | 03/23/18 | M | | |
| 1433. | | | | | Sold (part) | 04/24/18 | K | | |
| 1434. | | | | | Sold (part) | 04/26/18 | O | | |
| 1435. | | | | | Sold (part) | 05/17/18 | K | | |
| 1436. | | | | | Sold (part) | 09/04/18 | J | | |
| 1437. | | | | | Sold (part) | 10/01/18 | K | | |
| 1438. | | | | | Buy (add'l) | 12/11/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1439. | | | | | Buy (add'l) | 12/26/18 | L | | |
| 1440. ---NEXTERA ENERGY INC COMMON STOCK | A | Dividend | K | T | Buy | 09/27/18 | K | | |
| 1441. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | B | Distribution | J | V | | | | | |
| 1442. ---PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | | | Buy | 03/08/18 | K | | |
| 1443. | | | | | Sold | 08/30/18 | K | A | |
| 1444. ---PRIME CAP ODYSSEY GROWTH | | None | | | Buy | 05/16/18 | K | | |
| 1445. | | | | | Sold | 12/10/18 | K | | |
| 1446. ---SONIC CORP COMMON STOCK | B | Dividend | | | Sold (part) | 03/14/18 | L | F | |
| 1447. | | | | | Sold | 03/15/18 | L | E | |
| 1448. ---SPDR BLOOMBERG BARCLAYS S/T HIGH YIELD BOND ETF | A | Dividend | | | Buy | 08/30/18 | K | | |
| 1449. | | | | | Sold | 12/21/18 | K | | |
| 1450. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | | | | | |
| 1451. ---VANGUARD TOTAL BOND MARKET ETF | A | Dividend | | | Sold | 02/08/18 | L | | |
| 1452. --- VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | L | T | Sold (part) | 03/08/18 | L | D | |
| 1453. | | | | | Sold (part) | 12/21/18 | K | | |
| 1454. TRUST #6 (NOTES 2, 5 & 7 IN SECT VIII)(LINES 1455-1514) (H) | | | | | | | | | |
| 1455. ---VANGUARD PRIME MONEY MKT FUND ACCT #3 | A | Dividend | K | T | Sold (part) | 03/05/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1456. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 1457. | | | | | Buy (add'l) | 12/10/18 | M | | |
| 1458. | | | | | Sold (part) | 12/21/18 | M | | |
| 1459. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 1460. ---STAR FUND | E | Dividend | N | T | | | | | |
| 1461. ---ULTRASHORTTERM BOND ADM (SEE NOTE 23 IN SECT VIII) | A | Dividend | | | Sold | 03/05/18 | L | | |
| 1462. ---US GROWTH FUND ADMIRAL FUND | | None | | | Buy | 09/10/18 | M | | |
| 1463. | | | | | Sold | 12/10/18 | M | | |
| 1464. ---VANGUARD FEDL MONEY MKT FUND ACCT #3 | B | Dividend | N | T | Buy (add'l) | 02/16/18 | J | | |
| 1465. | | | | | Buy (add'l) | 02/20/18 | L | | |
| 1466. | | | | | Buy (add'l) | 03/06/18 | L | | |
| 1467. | | | | | Sold (part) | 03/07/18 | L | | |
| 1468. | | | | | Sold (part) | 03/09/18 | K | | |
| 1469. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 1470. | | | | | Buy (add'l) | 06/11/18 | M | | |
| 1471. | | | | | Sold (part) | 09/10/18 | M | | |
| 1472. | | | | | Sold (part) | 09/12/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1473. | | | | | Buy (add'l) | 12/24/18 | M | | |
| 1474. | | | | | Buy (add'l) | 12/26/18 | M | | |
| 1475. ---PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | B | Dividend | L | T | Buy | 03/05/18 | K | | |
| 1476. | | | | | Buy (add'l) | 03/07/18 | K | | |
| 1477. | | | | | Sold (part) | 09/10/18 | J | A | |
| 1478. ---SPDR BLOOMBERG BARCLAYS S/T HIGH YIELD BOND ETF | B | Dividend | | | Buy | 09/10/18 | L | | |
| 1479. | | | | | Sold | 12/21/18 | L | | |
| 1480. ---VANGUARD DIVIDEND APPRECIATION ETF | C | Dividend | M | T | Buy (add'l) | 09/10/18 | K | | |
| 1481. | | | | | Sold (part) | 12/21/18 | K | | |
| 1482. ----VANGUARD TOTAL BOND MARKET ETF | | None | | | Sold | 02/15/18 | L | | |
| 1483. ---VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | L | T | Buy (add'l) | 03/05/18 | K | | |
| 1484. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 1485. | | | | | Sold (part) | 12/21/18 | K | | |
| 1486. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | B | Distribution | J | V | | | | | |
| 1487. ---SONIC CORP COMMON STOCK | B | Dividend | | | Sold | 06/07/18 | M | G | |
| 1488. ---VANGUARD PRIME MONEY MKT FUND ACCT #3A | A | Dividend | | | Buy (add'l) | 10/11/18 | K | | |
| 1489. | | | | | Sold | 10/30/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1490. ---VANGUARD FEDL MONEY MKT FUND ACCT #3A | A | Dividend | L | T | Buy (add'l) | 02/05/18 | L | | |
| 1491. | | | | | Sold (part) | 02/06/18 | K | | |
| 1492. | | | | | Sold (part) | 03/05/18 | K | | |
| 1493. | | | | | Sold (part) | 03/07/18 | K | | |
| 1494. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 1495. | | | | | Sold (part) | 09/13/18 | J | | |
| 1496. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 1497. | | | | | Buy (add'l) | 10/31/18 | K | | |
| 1498. | | | | | Buy (add'l) | 12/26/18 | K | | |
| 1499. ---ADOBE SYSTEMS INC COMMON STOCK | | None | | | Buy | 10/05/18 | K | | |
| 1500. | | | | | Sold | 12/21/18 | K | | |
| 1501. ---INTERNATIONAL GROWTH INV FUND | | None | | | Buy | 03/05/18 | K | | |
| 1502. | | | | | Sold | 10/11/18 | K | | |
| 1503. ---INTUITIVE SURGICAL INC COMMON STOCK | | None | | | Buy | 10/05/18 | K | | |
| 1504. | | | | | Sold | 10/29/18 | K | | |
| 1505. ---ISHARES US MEDICAL DEVICES ETF | A | Dividend | K | T | Buy | 10/29/18 | K | | |
| 1506. ---LIVE NATION ENTERTAINMENT INC | | None | J | T | Sold (part) | 07/13/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1507. ---MASTERCARD INC CL A COMMON STOCK | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 1508. ---PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | K | T | Buy | 03/05/18 | K | | |
| 1509. ---PRIME CAP ODYSSEY GROWTH | A | Dividend | M | T | | | | | |
| 1510. ---UNITEDHEALTH GROUP INC COMMON STOCK | A | Dividend | K | T | Buy | 09/11/18 | K | | |
| 1511. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | K | T | Sold (part) | 03/05/18 | J | B | |
| 1512. | | | | | Sold (part) | 09/11/18 | K | D | |
| 1513. | | | | | Sold (part) | 10/05/18 | L | D | |
| 1514. ---VANGUARD INTERMEDIATE TERM CORP BOND ETF | | None | | | Sold | 02/01/18 | L | | |
| 1515. TRUST #7 (SEE NOTE 4 IN SECT VIII) (H) | | | | | | | | | |
| 1516. ---CITIBANK CHECKING ACCOUNT | | None | J | T | | | | | |
| 1517. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1: If a 2018 K-1is issued for this entity, it is a non-traded entity, and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2). If the entity (non traded) received distributions during the year, those amounts are included as transactions in Column D. regardless of K-1 amounts included in Column B.

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, former Financial Disclosure Report Examiner.

If a 2018 K-1 is issued for this investment, and it is traded, all K-1 information is summed and if it meets the required income threshold, reported in Column B. (1) with Column B.(2) noting "Distribution." If the K-1 netted to a loss, then "NONE" is included in Column B.(2). If there was a book capital gain on the sale of the traded security, it is included in Column D.(4). If the traded partnership made distributions throughout the year, the sum total of all the distributions was added to the K-1 total to arrive at the amount reported in Column B.(1).

NOTE 2: Reporting person's ▓▓▓ is either the Trustee or the Investment Trustee of this Trust and the Trust was formed by the reporting person and/or her ▓▓▓. Therefore, its assets are deemed reportable.

NOTE 3: For the contracts that were opened (sold short), any related gains that occur will be included on the FDR when the options either expire or require action. When closing a contract requires the purchase of shares, the transaction may produce a gain if the amount received when the option was sold is more than the amount required to purchase the shares at the closing of the contract. There is no year end value reported because the contracts had no value at the end of 2018. Please note that if a contract is opened and closed in the same year, the two transactions are included on successive lines and refer to the same contract.

NOTE 4: The trust holds two term life insurance policies and a non-interest bearing checking account. The term life policies are not reportable because they are not investment assets and they have no value. Sue Issa, Financial Disclosure Report Examiner, confirmed that the term life insurance policies are not reportable. The trust and the checking account are included on this report as Trust #7.

NOTE 5: There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are the amounts shown either on the 12/31/2018 valuation from the fund or on the family's books as of 12/31/2018. The reporting family's book amounts are based upon the current knowledge of the worth of such companies, available company issued reports and the cost of the initial investment, less distributions plus additional investments, if no updated value is available.

NOTE 6: Either the Ending Capital Account value from the entity's 2018 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7: For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income and the related income are included. If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8: Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with either a reportable investment or financial institution that is listed separately on this report, the account is deemed reportable.

NOTE 9: There is a limited partnership interest in this entity. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with an examiner in the Financial Disclosure Office on March 22, 2019, this partnership should be presented the same way as it has been in the past. Since neither the filer nor her ▓▓▓ can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity, the assets held by the partnership are not reportable (in accordance with previous Financial Disclosure Instructions).

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership distributed funds for any reason (sale of underlying asset, return of capital, current income, etc), "Distributed (part)" is listed in Column D.(1).

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "None" was included in Column B.(2).

NOTE 10: There are several Sentinel Partnerships including Sentinel VI which issued its first K-1 in 2018. Sentinel VI has not yet made any portfolio investments. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with a Financial Dislcosure Examiner on March 22, 2019, these Partnerships should be presented the same way as they have been in the past. For previous reports, portfolio companies were listed separately because the filer's ▓▓▓ could potentially direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity (in accordance with previous Financial Disclosure Instructions).

There are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Each year, there are K-1s issued for these partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately. If a market value code is shown, it is most likely due to an unclassified investment piece.

NOTE 11: Either this investment was sold or the private equity fund LP was dissolved in a prior year. So, although the reporting family received distributions (e.g. escrow, dividends, etc) and/or a K-1, there is no year-end value to report. If the entity was issued a K-1, any income was summed and included in Column B.(1) with Column B.(2) noting "Distribution.".

NOTE 12: In 2018, the reporting person's spouse re-titled his personal Goldman, Sachs accounts into the name of his revocable trust. Since the assets transferred in kind and the only things that changed were the account names and numbers, neither of which are included on this report, nothing appears differently on this report. The account openings and closings are not reported. I confirmed this approach with an examiner in the Financial Disclsoure Office on 4/25/2019..

NOTE 13: The filer's [        ] is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14: For this money market fund, the investment bank could not produce a report showing mmf activity. Therefore, preparer downloaded all 2018 activity in the investment account, netted the daily activity, and if over the reporting threshhold, assumed that amount was swept from/into the money market fund and included the information on this report.

NOTE 15: This investment is made through one of the Sentinel Partnerships. Per my discussion with a Financial Disclosure Examiner on March 22, 2019, the aforementioned Partnerships' holdings should be listed individually on this report as they have been in the past. Therefore, this portfolio company is deemed reportable. See Note 10 for further information.

All transactions (investments, sales and related gain/(loss), etc.) are reported for the company. If a company paid a dividend/distribution, it is included in Column B. and noted as "Distribution." Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

For purposes of this report, deemed contributions/distributions that occurred in 2018, are dated as of the end of the quarter in which they were deemed to have occurred.

NOTE 16: Gains/Losses on Foundation activity are included on a tax basis.

NOTE 17: Not used.

NOTE 18: The reporting person's [        ] received a 2018 K-1 from this entity. The K-1 is for a carried interest allocation due to a relationship with the original Vestar funds not because the reporting family made an investment in the entity. All the income lines were summed and included on this report in Column B and noted as "Distribution." Since there is no investment in this partnership, there is no year-end value to report.

NOTE 19: The reporting person's [        ] has a beneficial interest in this trust. Therefore, its assets are deemed reportable.

NOTE 20: There are no codes in Columns B and C because all assets are listed separately on this report.

NOTE 21: There is no year-end value to report because this asset was completely sold on various dates in 2018. The final piece was sold in a transaction that did not meet the $1,000 reporing requirement.

NOTE 22: This footnote not needed on the Amended Report. This company's 2018 K-1 was not received by the time this report was filed. Therefore, the company's income was estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code noted in this report, an amended report will be filed to reflect the change. In amended report, this footnote is no longer used because all 2018 K-1s have been received and compared to original filing.

NOTE 23: This investment was held in a suspense account at the end of the prior year. It was not included on the prior year's investment bank statement. As such it was omitted from the prior year's report in error. Since this same type of investment is held in another trust and listed on this report, amending the prior year report was deemed unnecessary.

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 24: All holdings from the beginning of the year were sold. Then, at a later date, additional holdings were acquired. This investment was not held in the account during the interim period.

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544